HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEWAN PURI,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>  Defendant. | CASE NO. C12-944 RAJ<br><br>ORDER |

This matter comes before the court on the defendant's motion to dismiss for lack of subject matter jurisdiction. Dkt. # 14. Plaintiff has not responded to this motion, but on the same day filed a motion for summary judgment making substantive arguments. Dkt. # 15.

Federal courts are courts of limited jurisdiction that possess only that power authorized by Constitution and statute. *United States v. Marks*, 530 F.3d 799, 810 (9th Cir. 2008). The burden of establishing federal jurisdiction is on the party invoking federal jurisdiction. *Id.*

Plaintiff is the party invoking federal jurisdiction. Plaintiff has failed to respond to defendant's motion, or otherwise address how this court has subject matter jurisdiction. "If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. CR

ORDER – 1

7(b)(2).  Given plaintiff's failure to respond, the court finds that plaintiff has failed to meet his burden of establishing that jurisdiction exists.

For all the foregoing reasons, the court GRANTS defendant's motion to dismiss for lack of subject matter jurisdiction.

DATED this 30th day of April, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2